MONDAY, MARCH 24, 2025

Coram: BIBAS, PHIPPS and AMBRO, Circuit Judges

S U B M I T T E D

No. 24-1212
Pursuant to 3rd Cir. LAR 34.1(a)

In re: EILEEN T. ADAMS,
Appellant

———

No. 24-2050
Pursuant to 3rd Cir. LAR 34.1(a)

LUIS ROSA,
Appellant
v.
PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

———

No. 24-2316
Pursuant to 3rd Cir. LAR 34.1(a)

LORENZO BUDET,
Appellant
v.
RUTGERS BUSINESS SCHOOL;
RUTGERS THE STATE UNIVERSITY OF NEW JERSEY

———

No. 24-2460
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
RANDAL WISE