UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1212

In Re: EILEEN T. ADAMS, Appellant

(D.N.J. No. 1:22-cv-06256)

Present: BIBAS, PHIPPS and AMBRO, <u>Circuit Judges</u>

1. Motion by Appellee for Leave to File Supplemental Appendix is also construed as a Motion to Expand the Record.

                                           Respectfully,
                                           Clerk/mcw

_____ORDER_____

The foregoing Motion by Appellee for Leave to File Supplemental Appendix is also construed as a Motion to Expand the Record is **granted**.

                                           By the Court,

                                           s/THOMAS L. AMBRO
                                              Circuit Judge

Dated: September 3, 2025
Amr/cc: All counsel of record