UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1212
_____

In re: EILEEN T. ADAMS,

                             Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 1:22-cv-06256)
District Judge: Honorable Karen M. Williams

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on March 24, 2025

Before: BIBAS, PHIPPS, and AMBRO, *Circuit Judges*

## JUDGMENT

This case came to be heard on the record from the United States District Court from the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on March 24, 2025.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered January 5, 2024, is hereby **AFFIRMED.**

Costs will be taxed against Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 3, 2025